CELIA KAUPFERSTEIN, Respondent, v. BROOKLYN EDISON COMPANY, INC., Appellant, and CITY OF NEW YORK, Appellant-Respondent.—

Close, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.